UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>Thomas Edward White,<br>AKA Thomas E. White, Jr,<br>     DEBTOR(S) | Case No.: 16-00239<br>Chapter 13 |
| U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST, by Rushmore Loan Management Services, LLC, Servicing Agent<br>     MOVANT<br>          vs.<br>Thomas Edward White,<br>AKA Thomas E. White, Jr,<br>     RESPONDENT(S) | |

## MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 6312 8TH STREET NW, WASHINGTON, DC 20011

U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST, by Rushmore Loan Management Services, LLC, Servicing Agent (hereinafter MOVANT), by its undersigned counsel, files this MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS
6312 8TH STREET NW, WASHINGTON, DC 20011, pursuant to 11 U.S.C. SECS. 362 which is a core proceeding pursuant to 28 U.S.C. SEC. 157, and for reasons states as follows:


ONE

That the above-named DEBTOR(S) initiated proceedings in this Court seeking relief under Chapter 13 of 11 U.S.C. (herinafter "RESPONDENT(S)").


TWO

That MOVANT is the holder and/or servicer of a Note secured by a Deed of Trust, which encumbers the real property known as 6312 8th Street NW, Washington, DC 20011 (the "property") (see attached Exhibit "A"), presently owned by one or more of the respondents, in the approximate principal amount of $180,000.00, plus interest, late charges and other costs. Said Instrument is recorded among the Land Records of Washington, District of Columbia.


THREE

That the RESPONDENT(S) is/are in default in payment of the Deed of Trust Note to MOVANT; said default involving non-payment of FORTY-SIX (46) payment(s) for the period of October, 2016, through July, 2020, in the amount of $56,008.30, plus late charges, minus suspense of $34.42, plus any additional payments and late charges thereon that may fall due thereafter, plus attorney's fees and costs.

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
600 Baltimore Avenue
Suite 208
Towson, MD 21204

410-296-2550

File #: 456508

## FOUR

That MOVANT believes and avers that its security interest concerning the property is not adequately protected.

## FIVE

That MOVANT has been and continues to be irreparably injured by the Stay of S. 362(a) of the Bankruptcy Code which prevents the MOVANT from enforcing its right under its Deed of Trust.

WHEREFORE, MOVANT, prays this Honorable Court grant the following relief:

A.  That the Court enter an Order lifting the Stay of S. 362  to enable U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST, or its successors and assigns, to enforce its rights under its Deed of Trust, which would enable it to foreclose on the property.

B.  That the Court grant such other and further relief as may be necessary.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (DC)
Attorney for Movant

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
600 Baltimore Avenue
Suite 208
Towson, MD 21204

410-296-2550

File #: 456508