
**RUSHMORE**
LOAN MANAGEMENT SERVICES

| | |
|---|---|
| Loan# | (White) |
| Borrower: | White |
| Date Filed: | 5/14/2016 |
| BK Case #: | 16-00239 |
| First Post Petition Due Date: | 4/1/2016 |
| POC covers: | 7/2012-5/2016 |
| MOD EFFECTIVE DATE: | |

| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference | |
| 06/01/16 | 853.64 | 330.51 | 1,184.15 | | |
| 07/01/17 | 853.64 | 322.78 | 1,176.42 | | |
| 07/01/18 | 853.64 | 398.58 | 1,252.22 | | |
| 07/01/19 | 853.64 | 400.18 | 1,253.82 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |

| Date | Amount Recvd | PRE/POST/APPD | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Post/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/31/2016 | $1,500.00 | Pre | 7/1/12 | | | $1,500.00 | | | $0.00 | 7/1/2012 | $1,500.00 | $1,500.00 | $853.64 | $646.36 | $1,500.00 | |
| 10/28/2016 | $1,105.20 | Pre | 8/1/12 | | | $1,105.20 | | | $0.00 | 8/1/2012 | $1,105.20 | $1,105.20 | $853.64 | $897.92 | $2,605.20 | |
| 11/30/2016 | $1,114.80 | Pre | 9/1/12 | | | $1,114.80 | | | $0.00 | 9/1/2012 | $1,114.80 | $1,114.80 | $853.64 | $1,159.08 | $3,720.00 | |
| 1/4/2017 | $2,229.60 | Pre | 10/1/12 | | | $2,229.60 | | | $0.00 | 10/1/2012 | $2,229.60 | $2,229.60 | $853.64 | $2,535.04 | $5,949.60 | |
| 1/31/2017 | $1,757.40 | Pre | 11/1/12 | | | $1,757.40 | | | $0.00 | 11/1/2012 | $1,757.40 | $1,757.40 | $853.64 | $3,438.80 | $7,707.00 | |
| 2/28/2017 | $1,114.80 | Pre | 12/1/12 | | | $1,114.80 | | | $0.00 | 12/1/2012 | $1,114.80 | $1,114.80 | $853.64 | $3,699.96 | $8,821.80 | |
| 3/31/2017 | $1,114.80 | Pre | 1/1/13 | | | $1,114.80 | | | $0.00 | 1/1/2013 | $1,114.80 | $1,114.80 | $853.64 | $3,961.12 | $9,936.60 | |
| 4/28/2017 | $1,672.20 | Pre | 2/1/13 | | | $1,672.20 | | | $0.00 | 2/1/2013 | $1,672.20 | $1,672.20 | $853.64 | $4,779.68 | | |
| 5/31/2017 | $1,114.80 | Pre | 3/1/13 | | | $1,114.80 | | | $0.00 | 3/1/2013 | $1,114.80 | $1,114.80 | $853.64 | $5,040.84 | | |
| 6/30/2017 | $1,114.80 | Pre | 4/1/13 | | | $1,114.80 | | | $0.00 | 4/1/2013 | $1,114.80 | $1,114.80 | $853.64 | $5,302.00 | | |
| 7/31/2017 | $1,114.80 | Pre | 5/1/13 | | | $1,114.80 | | | $0.00 | 5/1/2013 | $1,114.80 | $1,114.80 | $853.64 | $5,563.16 | | |
| 8/31/2017 | $1,126.20 | Pre | 6/1/13 | | | $1,126.20 | | | $0.00 | 6/1/2013 | $1,126.20 | $1,126.20 | $853.64 | $5,835.72 | | |
| 9/30/2017 | $1,706.40 | Pre | 7/1/13 | | | $1,706.40 | | | $0.00 | 7/1/2013 | $1,706.40 | $1,706.40 | $853.64 | $6,688.48 | | |
| 10/31/2017 | $1,125.60 | Pre | 8/1/13 | | | $1,125.60 | | | $0.00 | 8/1/2013 | $1,125.60 | $1,125.60 | $853.64 | $6,960.44 | | |
| 11/30/2017 | $1,113.60 | Pre | 9/1/13 | | | $1,113.60 | | | $0.00 | 9/1/2013 | $1,113.60 | $1,113.60 | $853.64 | $7,220.40 | | |
| 12/31/2017 | $1,113.60 | Pre | 10/1/13 | | | $1,113.60 | | | $0.00 | 10/1/2013 | $1,113.60 | $1,113.60 | $853.64 | $7,480.36 | | |
| 1/31/2018 | $1,113.60 | Pre | 11/1/13 | | | $1,113.60 | | | $0.00 | 11/1/2013 | $1,113.60 | $1,113.60 | $853.64 | $7,740.32 | | |
| 2/28/2018 | $1,113.60 | Pre | 12/1/13 | | | $1,113.60 | | | $0.00 | 12/1/2013 | $1,113.60 | $1,113.60 | $853.64 | $8,000.28 | | |
| | | Pre | 1/1/14 | | | $0.00 | | | $0.00 | 1/1/2014 | | | $853.64 | $7,146.64 | | |
| | | Pre | 2/1/14 | | | $0.00 | | | $0.00 | 2/1/2014 | | | $853.64 | $6,293.00 | | |
| | | Pre | 3/1/14 | | | $0.00 | | | $0.00 | 3/1/2014 | | | $853.64 | $5,439.36 | | |
| | | Pre | 4/1/14 | | | $0.00 | | | $0.00 | 4/1/2014 | | | $853.64 | $4,585.72 | | |
| | | Pre | 5/1/14 | | | $0.00 | | | $0.00 | 5/1/2014 | | | $853.64 | $3,732.08 | | |
| | | Pre | 6/1/14 | | | $0.00 | | | $0.00 | 6/1/2014 | | | $853.64 | $2,878.44 | | |
| | | Pre | 7/1/14 | | | $0.00 | | | $0.00 | 7/1/2014 | | | $853.64 | $2,024.80 | | |
| | | Pre | 8/1/14 | | | $0.00 | | | $0.00 | 8/1/2014 | | | $853.64 | $1,171.16 | | |
| | | Pre | 9/1/14 | | | $0.00 | | | $0.00 | 9/1/2014 | | | $853.64 | $317.52 | | |
| 4/10/2018 | $1,113.60 | Pre | 10/1/14 | | | $1,113.60 | | | $0.00 | 10/1/2014 | $1,113.60 | | $853.64 | $577.48 | | |
| 4/13/2018 | $371.02 | Post | | | | $371.02 | $371.02 | | $371.02 | | | | | $577.48 | | |
| 5/9/2018 | $1,670.40 | Pre | 11/1/14 | | | $1,670.40 | | | $371.02 | 11/1/2014 | $1,670.40 | | $853.64 | $1,394.24 | | |
| 6/6/2018 | $1,113.60 | Pre | 12/1/14 | | | $1,113.60 | | | $371.02 | 12/1/2014 | $1,113.60 | | $853.64 | $1,654.20 | | |
| | | Pre | 1/1/15 | | | $0.00 | | | $371.02 | 1/1/2015 | | | $853.64 | $800.56 | | |
| 7/11/2018 | $1,113.60 | Pre | 2/1/15 | | | $1,113.60 | | | $371.02 | 2/1/2015 | $1,113.60 | | $853.64 | $1,060.52 | | |
| 8/7/2018 | $1,113.60 | Pre | 3/1/15 | | | $1,113.60 | | | $371.02 | 3/1/2015 | $1,113.60 | | $853.64 | $1,320.48 | | |
| 9/17/2018 | $1,113.60 | Pre | 4/1/15 | | | $1,113.60 | | | $371.02 | 4/1/2015 | $1,113.60 | | $853.64 | $1,580.44 | | |
| 10/22/2018 | $1,670.40 | Pre | 5/1/15 | | | $1,670.40 | | | $371.02 | 5/1/2015 | $1,670.40 | | $853.64 | $2,397.20 | | |
| 11/12/2018 | $1,113.60 | Pre | 6/1/15 | | | $1,113.60 | | | $371.02 | 6/1/2015 | $1,113.60 | | $853.64 | $2,657.16 | | |
| 12/31/2018 | $1,113.60 | Pre | 7/1/15 | | | $1,113.60 | | | $371.02 | 7/1/2015 | $1,113.60 | | $853.64 | $2,917.12 | | |
| | | Pre | 8/1/15 | | | $0.00 | | | $371.02 | 8/1/2015 | | | $853.64 | $2,063.48 | | |
| | | Pre | 9/1/15 | | | $0.00 | | | $371.02 | 9/1/2015 | | | $853.64 | $1,209.84 | | |
| | | Pre | 10/1/15 | | | $0.00 | | | $371.02 | 10/1/2015 | | | $853.64 | $356.20 | | |
| 1/24/2019 | $1,113.60 | Pre | 11/1/15 | | | $1,113.60 | | | $371.02 | 11/1/2015 | $1,113.60 | | $853.64 | $616.16 | | |
| 2/6/2019 | $1,113.60 | Pre | 12/1/15 | | | $1,113.60 | | | $371.02 | 12/1/2015 | $1,113.60 | | $853.64 | $876.12 | | |
| 3/14/2019 | $1,670.40 | Pre | 1/1/16 | | | $1,670.40 | | | $371.02 | 1/1/2016 | $1,670.40 | | $853.64 | $1,692.88 | | |
| 4/5/2019 | $556.80 | Pre | 2/1/16 | | | $556.80 | | | $371.02 | 2/1/2016 | $556.80 | | $853.64 | $1,396.04 | | |
| 5/6/2019 | $1,670.40 | Pre | 3/1/16 | | | $1,670.40 | | | $371.02 | 3/1/2016 | $1,670.40 | | $853.64 | $2,212.80 | | |
| 6/5/2019 | $1,113.60 | Pre | 4/1/16 | | | $1,113.60 | | | $371.02 | 4/1/2016 | $1,113.60 | | $853.64 | $2,472.76 | | |
| | | Pre | 5/1/16 | | | $0.00 | | | $371.02 | 5/1/2016 | | | $853.64 | $1,619.12 | | |
| 7/8/2019 | $1,113.60 | Pre | | | | $1,113.60 | | | $371.02 | | | $1,113.60 | | $2,732.72 | | |
| 8/15/2019 | $556.80 | Pre | | | | $556.80 | | | $371.02 | | | $556.80 | | $3,289.52 | | |
| 10/29/2019 | $1,500.00 | Post | 6/1/16 | 6/1/16 | $1,184.15 | $315.85 | $315.85 | | $686.87 | | | | | $3,289.52 | | |
| 11/4/2019 | $1,400.00 | Post | 7/1/16 | 7/1/16 | $1,184.15 | $215.85 | $215.85 | | $902.72 | | | | | $3,289.52 | | |
| 12/3/2019 | $1,500.00 | Post | 8/1/16 | 8/1/16 | $1,184.15 | $315.85 | $315.85 | | $1,218.57 | | | | | $3,289.52 | | |
| | | Post | 9/1/16 | 9/1/16 | $1,184.15 | -$1,184.15 | | $1,184.15 | $34.42 | | | | | $3,289.52 | | |
| 2/11/2020 | $4,444.80 | Pre | | | | $1,184.15 | -$1,184.15 | | | $34.42 | | | $4,444.80 | $7,734.32 | | |
| 4/7/2020 | $1,111.20 | Pre | | | | $1,111.20 | | | $34.42 | | | $1,111.20 | $8,845.52 | | |
| 4/20/2020 | $1,111.20 | Pre | | | | $1,111.20 | | | $34.42 | | | $1,111.20 | $9,956.72 | | |
| 5/28/2020 | $1,080.00 | Pre | | | | $1,080.00 | | | $34.42 | | | $1,080.00 | $11,036.72 | | |
| 6/11/2020 | $1,080.00 | Pre | | | | $1,080.00 | | | $34.42 | | | $1,080.00 | $12,116.72 | | |
| DUE | | | 10/1/16 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 11/1/16 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 12/1/16 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 1/1/17 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 2/1/17 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 3/1/17 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 4/1/17 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 5/1/17 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 6/1/17 | | $1,184.15 | -$1,184.15 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 7/1/17 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 8/1/17 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 9/1/17 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 10/1/17 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 11/1/17 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 12/1/17 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 1/1/18 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 2/1/18 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 3/1/18 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 4/1/18 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 5/1/18 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 6/1/18 | | $1,176.42 | -$1,176.42 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 7/1/18 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 8/1/18 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 9/1/18 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 10/1/18 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 11/1/18 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 12/1/18 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 1/1/19 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 2/1/19 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 3/1/19 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |
| DUE | | | 4/1/19 | | $1,252.22 | -$1,252.22 | | | $34.42 | | | | $12,116.72 | | |

| Status | Date | Payment | | | | | |
|---|---|---|---|---|---|---|---|
| DUE | 5/1/19 | $1,252.22 | -$1,252.22 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 6/1/19 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 7/1/19 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 8/1/19 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 9/1/19 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 10/1/19 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 11/1/19 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 12/1/19 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 1/1/20 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 2/1/20 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 3/1/20 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 4/1/20 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 5/1/20 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 6/1/20 | $1,253.82 | -$1,253.82 | $34.42 | $12,116.72 | $52,237.80 | |
| DUE | 7/1/20 | $1,161.43 | -$1,161.43 | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |
| | | $0.00 | | $34.42 | $12,116.72 | $52,237.80 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |
| | | | | | | $0.00 | | $34.42 | | $12,116.72 | $52,237.80 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |
| | | | | | $0.00 | | $34.42 | | | $12,116.72 | $52,237.80 | |