**NTC (02/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

| | |
|---|---|
| **In Re** <br> Thomas Edward White <br> **Debtor** | **Case No.** 16–00239–SMT <br><br> **Chapter** 13 |

## NOTICE

==========

Notice is hereby given that the hearing scheduled for September 2, 2020 at 2:00 PM will be a telephonic hearing. The teleconference information can be obtained by emailing Courtroom Deputy Aimee Mathewes at aimee_mathewes@dcb.uscourts.gov.

Dated: 8/31/20

For the Court:
Angela D. Caesar
BY:  am